**2015-1372**

# United States Court of Appeals for the Federal Circuit

In re: TLI COMMUNICATIONS LLC
PATENT LITIGATION

---

TLI COMMUNICATIONS LLC,

*Plaintiff-Appellant*,

v.

AV AUTOMOTIVE, L.L.C., APPLE INC., HALL AUTOMOTIVE, LLC,
YAHOO! INC., TUMBLR, INC., TWITTER, INC., GOOGLE, INC.,
PINTEREST, INC., FACEBOOK, INC., INSTAGRAM, LLC, DROPBOX INC.,
IAC/INTERACTIVECORP, CITYGRID MEDIA LLC, VIMEO LLC, IMGUR
LLC, SHUTTERFLY, INC., TRIPADVISOR INC., TRIPADVISOR LLC,
SNAPCHAT INC., WHI INC., YELP, INC., CAPITAL ONE FINANCIAL
CORPORATION, CAPITAL ONE, N.A., CAPITAL ONE SERVICES, LLC,
VINE LABS, INC.,

*Defendants-Appellees*,

---

*On appeal from the United States District Court for the Eastern
District of Virginia in Case No. 1:14-md-02534, Judge T. S. Ellis, III.*

**DEFENDANTS-APPELLEES CITYGRID MEDIA LLC,
DROPBOX, INC., IAC/INTERACTIVECORP, IMGUR INC.,
PINTEREST, INC., SHUTTERFLY INC., SNAPCHAT, INC.,
TRIPADVISOR, INC., TRIPADVISOR LLC, TUMBLR INC.,
TWITTER, INC., VIMEO LLC, YAHOO! INC., YELP INC.,
AND VINE LABS, INC.'S CERTIFICATE OF COMPLIANCE
WITH FEDERAL CIRCUIT RULE 11(D)**

DURIE TANGRI LLP
RYAN M. KENT
rkent@durietangri.com
ALEXANDRA H. MOSS
amoss@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:     415-236-6300

April 13, 2015          *Attorneys for Defendants-Appellees CityGrid Media LLC, Dropbox, Inc., IAC/InterActiveCorp, Imgur Inc., Pinterest, Inc., Shutterfly Inc., Snapchat, Inc., TripAdvisor, Inc., TripAdvisor LLC, Tumblr Inc., Twitter, Inc., Vimeo LLC, Yahoo! Inc., Yelp Inc., and Vine Labs, Inc.*

Counsel for Defendants-Appellees Defendants-Appellees CityGrid Media LLC, Dropbox, Inc., IAC/InterActiveCorp, Imgur Inc., Pinterest, Inc., Shutterfly Inc., Snapchat, Inc., TripAdvisor, Inc., TripAdvisor LLC, Tumblr Inc., Twitter, Inc., Vimeo LLC, Yahoo! Inc., Yelp Inc., and Vine Labs, Inc. hereby certifies that it has complied with the requirements of Fed. Cir. R. 11(d).

DATED:  April 13, 2015                    DURIE TANGRI LLP


By   */s/ Ryan M. Kent*
_____
Ryan M. Kent

*Attorneys for Defendants-Appellees
CityGrid Media LLC, Dropbox Inc.,
IAC/InterActiveCorp, Imgur LLC,
Pinterest, Inc., Shutterfly, Inc., Snapchat
Inc., TripAdvisor Inc., TripAdvisory
LLC, Tumblr, Inc., Twitter, Inc., Vimeo
LLC, Yahoo! Inc., Yelp, Inc., and Vine
Labs, Inc.*

## CERTIFICATE OF SERVICE

I, Ryan M. Kent, counsel for Defendants-Appellees CityGrid Media LLC, Dropbox, Inc., IAC/InterActiveCorp, Imgur Inc., Pinterest, Inc., Shutterfly Inc., Snapchat, Inc., TripAdvisor, Inc., TripAdvisor LLC, Tumblr Inc., Twitter, Inc., Vimeo LLC, Yahoo! Inc., Yelp Inc., and Vine Labs, Inc. and a member of the Bar of this Court, certify that on April 13, 2015, a copy of the foregoing document was filed electronically and served via operation of the Court's CM/ECF system upon counsel of record.

*/s/ Ryan M. Kent*
Ryan M. Kent