NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE: TLI COMMUNICATIONS LLC PATENT LITIGATION

-------------------------------------------------------------------------

-------------

**TLI COMMUNICATIONS LLC,**
*Plaintiff-Appellant*

v.

**AV AUTOMOTIVE, L.L.C., APPLE INC., HALL AUTOMOTIVE, LLC, YAHOO! INC., TUMBLR, INC., TWITTER, INC., GOOGLE, INC., PINTEREST, INC., FACEBOOK, INC., INSTAGRAM, LLC, DROPBOX INC., IAC/INTERACTIVECORP, CITYGRID MEDIA LLC, VIMEO LLC, IMGUR LLC, SHUTTERFLY, INC., TRIPADVISOR INC., TRIPADVISORY LLC, SNAPCHAT INC., WHI INC., YELP, INC., CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE, N.A., CAPITAL ONE SERVICES, LLC, VINE LABS, INC.,**
*Defendants-Appellees*

---

2015-1372, -1376, -1377, -1378, -1379, -1380, -1381, -1382, -1383, -1384, -1385, -1386, -1417, -1419, -1421

---

Appeals from the United States District Court for the Eastern District of Virginia in No. 1:14-cv-00136-TSE-

JFA, 1:14-cv-00137-TSE-JFA, 1:14-cv-00138-TSE-JFA, 1:14-cv-00139-TSE-JFA, 1:14-cv-00140-TSE-JFA, 1:14-cv-00142-TSE-JFA, 1:14-cv-00781-TSE-JFA, 1:14-cv-00784-TSE-JFA, 1:14-cv-00785-TSE-JFA, 1:14-cv-00788-TSE-JFA, 1:14-cv-00790-TSE-JFA, 1:14-cv-00791-TSE-JFA, 1:14-cv-00793-TSE-JFA, 1:14-cv-00842-TSE-JFA, 1:14-md-02534-TSE-JFA, Judge T. S. Ellis III.

---

**ON MOTION**

---

**O R D E R**

Defendant-Appellee Google Inc. moves unopposed to withdraw Andrew V. Trask as counsel of record.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

August 12, 2015                  /s/Daniel E. O'Toole
    Date                         Daniel E. O'Toole
                                 Clerk of Court