2015-1372, -1376, -1377, -1378, -1379, -1380, -1381, -1382,
-1383, -1384, -1385, -1386, -1417, -1419, -1421

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

In re: TLI COMMUNICATIONS LLC PATENT LITIGATION

-------------------------------------------------------------------------------------------------

TLI COMMUNICATIONS LLC

*Plaintiff-Appellant*

v.

AV AUTOMOTIVE, L.L.C., HALL AUTOMOTIVE, LLC, YAHOO! INC.,
TUMBLR, INC., TWITTER, INC., GOOGLE, INC., PINTEREST, INC.,
FACEBOOK, INC., INSTAGRAM, LLC, DROPBOX INC.,
IAC/INTERACTIVECORP, CITYGRID MEDIA LLC, VIMEO LLC, IMGUR
LLC, SHUTTERFLY, INC., TRIPADVISOR INC., TRIPADVISORY LLC,
SNAPCHAT INC., YELP, INC., CAPITAL ONE FINANCIAL CORPORATION,
CAPITAL ONE, N.A., CAPITAL ONE SERVICES, LLC, VINE LABS, INC.

*Defendants-Appellees*

APPLE INC., WHI, INC.

*Defendants*

_____

**Appeals from the United States District Court for the Eastern District of
Virginia in case no. 1:14-md-02534, Judge T. S. Ellis III.**

_____

**UNOPPOSED MOTION OF PLAINTIFF-APPELLANT TLI
COMMUNICATIONS LLC TO DISMISS GOOGLE INC. FROM THE
APPEALS ENTITLED "*IN RE: TLI COMMUNICATIONS LLC PATENT
LITIGATION, 1:14-MD-02534-TSE-JFA*," CASE NUMBER 15-1372, AND
"*TLI COMMUNICATIONS LLC v. AV AUTOMOTIVE, L.L.C., MAX MEDIA
LLC AND GOOGLE, INC.*," CASE NUMBER 15-1417**

(signature block continued on next page)

Robert A. Whitman
Michael S. DeVincenzo
Mark S. Raskin
Charles Wizenfeld
MISHCON DE REYA NEW YORK LLP
Two Park Ave, 20th Floor
New York, New York 10016
Telephone (212) 612-3270
Facsimile (212) 612-3297


*Attorneys for Plaintiff-Appellant*
*TLI Communications LLC*

December 11, 2015

(signature block continued on next page)

On or about March 9, 2015, the Court issued an order consolidating the following appeals (hereafter referred to as the "Consolidated Matters")

| Member Case | Federal Circuit Case Number |
|---|---|
| In re: TLI COMMUNICATIONS LLC PATENT LITIGATION, 1:14-md-02534-TSE-JFA | 15-1372 |
| *TLI Communications LLC v. AV Automotive L.L.C. and Apple Inc.*, 1:14-cv-00136-TSE-JFA (E.D. Va.) | 15-1376 (Dismissed August 26, 2015 D.I. 72) |
| *TLI Communications LLC v. Hall Automotive, LLC; Yahoo! Inc., and Tumblr, Inc.*, 1:14-cv-00137-TSE-JFA (E.D. Va.) | 15-1377 |
| *TLI Communications LLC v. AV Automotive, L.L.C., For a Song, Inc., Max Media LLC, Twitter, Inc., and Vine Labs, Inc.*, 1:14-cv-00138-TSE-JFA (E.D. Va.) | 15-1378 |
| *TLI Communications LLC v. AV Automotive, L.L.C., Max Media LLC, and Google Inc.*, 1:14-cv-00139-TSE-JFA (E.D. Va.) | 15-1417 |
| *TLI Communications LLC v. AV Automotive, L.L.C., Max Media LLC, and Pinterest, Inc.*, 1:14-cv-00140-TSE-JFA (E.D. Va.) | 15-1379 |
| *TLI Communications LLC v. AV Automotive, L.L.C., For a Song, Inc., Hall Automotive, LLC, Max Media LLC, Facebook, Inc., and Instagram, LLC*, 1:14-cv-00142-TSE-JFA (E.D. Va.) | 15-1419 |

| *TLI Communications LLC v. Dropbox Inc.*, 1:14-cv-00781-TSE-JFA (E.D. Va.) | 15-1380 |
|---|---|
| *TLI Communications LLC v. IAC/InterActive Corp., CityGrid Media LLC, and Vimeo LLC*, 1:14-cv-00784-TSE-JFA (E.D. Va.) | 15-1381 |
| *TLI Communications LLC v. Imgur LLC*, 1:14-cv-00785-TSE-JFA (E.D. Va.) | 15-1382 |
| *TLI Communications LLC v. Shutterfly Inc.*, 1:14-cv-00788-TSE-JFA (E.D. Va.) | 15-1383 |
| *TLI Communications LLC v. Tripadvisor Inc. and Tripadvisor LLC*, 1:14-cv-00790-TSE-JFA (E.D. Va.) | 15-1384 |
| *TLI Communications LLC v. Snapchat Inc.*, 1:14-cv-00791-TSE-JFA (E.D. Va.) | 15-1385 |
| *TLI Communications LLC v. Yelp Inc.*, 1:14-cv-00793-TSE-JFA (E.D. Va.) | 15-1386 |
| *TLI Communications LLC v. Capital One Financial Corporation, Capital One, N.A., and Capital One Services, LLC*, 1:14-cv-00842-TSE-JFA (E.D. Va.) | 15-1421 |

Plaintiff-Appellant TLI Communications LLC ("Plaintiff-Appellant" or "TLI") and Defendant-Appellee Google Inc. ("Google") in the appeals entitled *In re: TLI COMMUNICATIONS LLC PATENT LITIGATION, 1:14-md-02534-TSE-JFA* (Fed. Cir. Case Number 15-1372) and *TLI Communications LLC v. AV*

*Automotive L.L.C., Max Media LLC and Google Inc.* (Fed. Cir. Case Number 15-1417), have reached a settlement with respect to Google only.

Pursuant to Federal Rule of Appellate Procedure 42(b) and the terms of the parties' confidential Settlement Agreement, Plaintiff-Appellant hereby moves the Court for an order dismissing Google with prejudice from Consolidated Appeal 15-1372 and Appeal 15-1417 (collectively, the "Google Appeal").

Google has not filed any cross-appeal with respect to this matter to date. TLI filed its opening Appellant brief on June 11, 2015, Defendants filed their responsive brief on September 8, 2015 and TLI filed its reply brief on October 9, 2015.

This motion is not opposed by Google. No response to this motion will be filed by Google. No response to this motion is anticipated to be filed by any of the Appellees in the other Consolidated Matters.

TLI and Google have agreed that each side shall bear their own costs and fees with respect to the Google Appeal, and each waive the right to make a claim against the other for such costs, attorney's fees or any other expenses associated with the matters being resolved here.

No appeal and/or claims as to any of the other Appellees in any of the other Consolidated Matters are requested to be dismissed by the Court at this time, nor are they intended to be by virtue of the filing of this motion with the Court.

Dated:  December 11, 2015          Respectfully submitted,

                                   */s/ Robert A. Whitman*
                                   Robert A. Whitman
                                   Michael S. DeVincenzo
                                   Mark S. Raskin
                                   Charles Wizenfeld
                                   MISHCON DE REYA NEW YORK LLP
                                   Two Park Ave, 20th Floor
                                   New York, New York 10016
                                   Telephone (212) 612-3270
                                   Facsimile (212) 612-3297

                                   *Attorneys for Plaintiff-Appellant*
                                   *TLI Communications LLC*

**Form 9**

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TLI Communications LLC _____ v. AV Automotive, L.L.C. _____

No. 15-1372

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

TLI Communications LLC _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.       The full name of every party or amicus represented by me is:

TLI Communications LLC

_____

2.       The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

_____

3.       All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Marathon Patent Group

_____

4.   ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Robert Whitman, Mark Raskin, Michael DeVincenzo, Eric Berger & Charles Wizenfeld of Mishcon de Reya NY LLP
_____

12/11/2015 _____               /s/ Robert Whitman _____
        Date                              Signature of counsel

                                   Robert Whitman _____
                                        Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

2015-1372, -1376, -1377, -1378, -1379, -1380, -1381, -1382,
-1383, -1384, -1385, -1386, -1417, -1419, -1421

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

In re: TLI COMMUNICATIONS LLC PATENT LITIGATION

-------------------------------------------------------------------------------------------------

TLI COMMUNICATIONS LLC

*Plaintiff-Appellant*

v.

AV AUTOMOTIVE, L.L.C., HALL AUTOMOTIVE, LLC, YAHOO! INC.,
TUMBLR, INC., TWITTER, INC., GOOGLE, INC., PINTEREST, INC.,
FACEBOOK, INC., INSTAGRAM, LLC, DROPBOX INC.,
IAC/INTERACTIVECORP, CITYGRID MEDIA LLC, VIMEO LLC, IMGUR
LLC, SHUTTERFLY, INC., TRIPADVISOR INC., TRIPADVISORY LLC,
SNAPCHAT INC., YELP, INC., CAPITAL ONE FINANCIAL CORPORATION,
CAPITAL ONE, N.A., CAPITAL ONE SERVICES, LLC, VINE LABS, INC.

*Defendants-Appellees*

APPLE INC., WHI, INC.,

*Defendants*

_____

**Appeals from the United States District Court for the Eastern District of
Virginia in case no. 1:14-md-02534, Judge T. S. Ellis III.**

_____

# PROPOSED ORDER

Plaintiff-Appellant TLI Communications LLC moves without opposition to

voluntarily dismiss Defendant-Appellee Google Inc. in the appeals entitled *In re:*

*TLI COMMUNICATIONS LLC PATENT LITIGATION, 1:14-md-02534-TSE-JFA* (Fed. Cir. Case Number 15-1372) and *TLI Communications LLC v. AV Automotive L.L.C., Max Media LLC and Google Inc.* (Fed. Cir. Case Number 15-1417), with prejudice, pursuant to Federal Rule of Appellate Procedure 42(b).

Plaintiff-Appellant is not seeking to dismiss any of the following appeals which have been consolidated:

| Member Case | Federal Circuit Case Number |
|---|---|
| *TLI Communications LLC v. AV Automotive L.L.C. and Apple Inc.*, 1:14-cv-00136-TSE-JFA (E.D. Va.) | 15-1376 (Dismissed August 26, 2015 D.I. 72) |
| *TLI Communications LLC v. Hall Automotive, LLC; Yahoo! Inc., and Tumblr, Inc.*, 1:14-cv-00137-TSE-JFA (E.D. Va.) | 15-1377 |
| *TLI Communications LLC v. AV Automotive, L.L.C., For a Song, Inc., Max Media LLC, Twitter, Inc., and Vine Labs, Inc.*, 1:14-cv-00138-TSE-JFA (E.D. Va.) | 15-1378 |
| *TLI Communications LLC v. AV Automotive, L.L.C., Max Media LLC, and Pinterest, Inc.*, 1:14-cv-00140-TSE-JFA (E.D. Va.) | 15-1379 |
| *TLI Communications LLC v. AV Automotive, L.L.C., For a Song, Inc., Hall Automotive, LLC, Max Media LLC, Facebook, Inc., and Instagram, LLC*, 1:14-cv-00142-TSE-JFA (E.D. Va.) | 15-1419 |
| *TLI Communications LLC v. Dropbox Inc.*, 1:14-cv-00781-TSE-JFA (E.D. Va.) | 15-1380 |

| | |
|---|---|
| *TLI Communications LLC v. IAC/InterActive Corp., CityGrid Media LLC, and Vimeo LLC*, 1:14-cv-00784-TSE-JFA (E.D. Va.) | 15-1381 |
| *TLI Communications LLC v. Imgur LLC*, 1:14-cv-00785-TSE-JFA (E.D. Va.) | 15-1382 |
| *TLI Communications LLC v. Shutterfly Inc.*, 1:14-cv-00788-TSE-JFA (E.D. Va.) | 15-1383 |
| *TLI Communications LLC v. Tripadvisor Inc. and Tripadvisor LLC*, 1:14-cv-00790-TSE-JFA (E.D. Va.) | 15-1384 |
| *TLI Communications LLC v. Snapchat Inc.*, 1:14-cv-00791-TSE-JFA (E.D. Va.) | 15-1385 |
| *TLI Communications LLC v. Yelp Inc.*, 1:14-cv-00793-TSE-JFA (E.D. Va.) | 15-1386 |
| *TLI Communications LLC v. Capital One Financial Corporation, Capital One, N.A., and Capital One Services, LLC*, 1:14-cv-00842-TSE-JFA (E.D. Va.) | 15-1421 |

With respect to the remaining appeals (listed below) which have been been consolidated, Plaintiff-Appellant seeks only to dismiss them with respect to Defendant-Appellee Google Inc. They will remain pending against all remaining Defendants-Appellees.

| Member Case | Federal Circuit Case Number |
|---|---|
| In re: TLI COMMUNICATIONS LLC PATENT LITIGATION, 1:14-md-02534-TSE-JFA | 15-1372 |
| TLI Communications LLC v. AV Automotive, L.L.C., Max Media LLC, and Google Inc., 1:14-cv-00139-TSE-JFA (E.D. Va.) | 15-1417 |

Upon consideration thereof, IT IS ORDERED THAT:

1. The Motion is granted and Google Inc. is dismissed with prejudice from Consolidated Appeal 15-1372 and Appeal 15-1417.

2. TLI Communications LLC and Google Inc. shall bear their own costs and each waive the right to make a claim against the other for such costs, attorney's fees or any other expenses associated with the matters being resolved here.

FOR THE COURT:

Date: _____        _____

# CERTIFICATE OF SERVICE

I, Robert A. Whitman, hereby certify that on December 11, 2015, I caused

one copy of the documents listed below:

**UNOPPOSED MOTION OF PLAINTIFF-APPELLANT TLI
COMMUNICATIONS LLC TO DISMISS GOOGLE INC. FROM THE
APPEALS ENTITLED "*IN RE: TLI COMMUNICATIONS LLC
PATENT LITIGATION, 1:14-MD-02534-TSE-JFA,*" CASE NUMBER
15-1372, AND "*TLI COMMUNICATIONS LLC v. AV AUTOMOTIVE,
L.L.C., MAX MEDIA LLC AND GOOGLE, INC.,*" CASE NUMBER 15-
1417**

to be electronically filed using the CM/ECF system, which sent a notice of

electronic filing to all ECF registered participants.

> */s/ Robert A. Whitman*
> Robert A. Whitman
> Michael S. DeVincenzo
> Mark S. Raskin
> Charles Wizenfeld
> MISHCON DE REYA NEW YORK LLP
> Two Park Ave, 20th Floor
> New York, New York 10016
> Telephone (212) 612-3270
> Facsimile (212) 612-3297