NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In re: TLI COMMUNICATIONS LLC PATENT LITIGATION

---

**TLI COMMUNICATIONS LLC,**
*Plaintiff-Appellant*

v.

**AV AUTOMOTIVE, L.L.C., HALL AUTOMOTIVE, LLC, YAHOO! INC., TUMBLR, INC., TWITTER, INC., PINTEREST, INC., FACEBOOK, INC., INSTAGRAM, LLC, DROPBOX INC., IAC/INTERACTIVECORP, CITYGRID MEDIA LLC, VIMEO LLC, IMGUR LLC, SHUTTERFLY, INC., TRIPADVISOR INC., TRIPADVISORY LLC, SNAPCHAT INC., YELP, INC., CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE, N.A., CAPITAL ONE SERVICES, LLC, VINE LABS, INC.,**
*Defendants-Appellees*

**APPLE INC., WHI INC., GOOGLE, INC.,**
*Defendants*

2015-1372, -1376, -1377, -1378, -1379, -1380, -1381, -1382, -1383, -1384, -1385, -1386, -1417, -1419, -1421

2     TLI COMMUNICATIONS LLC v. AV AUTOMOTIVE, L.L.C.

Appeals from the United States District Court for the Eastern District of Virginia in Nos. 1:14-cv-00136-TSE-JFA, 1:14-cv-00137-TSE-JFA, 1:14-cv-00138-TSE-JFA, 1:14-cv-00139-TSE-JFA, 1:14-cv-00140-TSE-JFA, 1:14-cv-00142-TSE-JFA, 1:14-cv-00781-TSE-JFA, 1:14-cv-00784-TSE-JFA, 1:14-cv-00785-TSE-JFA, 1:14-cv-00788-TSE-JFA, 1:14-cv-00790-TSE-JFA, 1:14-cv-00791-TSE-JFA, 1:14-cv-00793-TSE-JFA, 1:14-cv-00842-TSE-JFA, and 1:14-md-02534-TSE-JFA, Judge T. S. Ellis III.

## ON MOTION

## ORDER

TLI Communications LLC moves unopposed to dismiss Google, Inc. from 2015-1372 and 2015-1417.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Google is withdrawn as a party from 2015-1372 and 2015-1417. The revised official caption is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32